Travis E. Stroud, Attorney at Law, 279606
Natalie Ludwig, Attorney at Law, 300093
TravisStroudLaw Firm
709 4th Street
Corning, CA 96021
530-838-0828 FAX 530-645-1760

Attorney for: Juana Gudino

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA GUDINO<br><br>Plaintiff<br><br>vs.<br><br>UNITED STATES OF AMERICA, THE NORTHERN MAIDUE INDIAN TRIBE dba GREENVILLE RANCHERIA HEALTH CLINIC and DOES 1-10<br><br>Defendants. | **Case No:**<br><br>1) Negligence-Medical Malpractice<br><br><br>**REMEDIES REQUESTED:**<br><br>1) SPECIAL and GENERAL DAMAGES<br>2) FUTURE DAMAGES |

## GENERAL ALLEGATIONS

COME NOW, JUANA GUDINO (hereinafter, PLAINTIFF) individually, who by reason of the cause

of action of negligence and medical malpractice against THE UNITED STATES OF AMERICA,

THE NORTHERN MAIDUE INDIAN TRIBE dba  GREENVILLE RANCHERIA HEALTH

CLINIC and DOES 1-10  (hereinafter DEFENDANT) alleges as follows:

1

## I. JURISDICTIONAL ALLEGATIONS AND CLAIMS

1. This is an action arising under the Federal Tort Claims Act, 28 U.S.C.A. §§ 2671 et seq. This court is vested with jurisdiction pursuant to Section 1346(b), Title 28 of the United States Code.

2. The acts, omissions and occurrences which arose out of this claim herein set forth took place within the County of Tehama, within the State of California, and thus within the jurisdiction of this Court. The sum of all claims meets the jurisdictional limits of the above-captioned court.

3. At all times pertinent hereto, PLAINTIFF resided in Tehama County and sought medical treatment at the facility of the DEFENDANT, GREENVILLE RANCHERIA HEALTH CLINIC, which is located within the City of Red Bluff, within County of Tehama, within the State of California. Thus venue is proper in this Court.

4. DEFENDANTS' employed Dr. Mario Mendoza as a dentist. On April 19th, 2016, PLAINTIFF had a root canal done by Dr. Mario Mendoza. PLAINTIFF was given multiple anesthetic injections. During the process PLAINTIFF was administered calcium hydroxide to her inferior alveolar nerve causing parashesia, which caused severe damage to her mouth.

5. Dr. Mario Mendoza was negligent when he administered well over the normal amount of calcium hydroxide to PLAINTIFF'S inferior alveolar which caused the nerve parashesia.

6. After the surgery, Dr. Mario Mendoza and the staff at GREENVILLE RANCHERIA HEALTH CLINIC continued to see PLAINTIFF and tell her that she would be OK. It wasn't until PLAINTIFF was referred to Dr. M. Anthony Pogrel, September 2, 2016, that PLAINTIFF found out the Dr. Mendoza had left too much calcium hydroxide in her nerve.

JUANA GUDINO CLAIM FOR NEGLIGENCE - MEDICAL MALPRACTICE

7. Dr. Mario Mendoza was an employee of Unites States of America within the meaning of the Federal Torts Claim Act (FTCA). GREENVILLE RANCHERIA HEALTH CLINIC was an employee of the United States within the meaning of the FTA.

8. Again, as a direct and proximate result of the botched surgery, PLAINTIFF, endured and will continue to endure great pain and suffering.

9. PLAINTIFF is a mother who dearly loves her children, the surgery has cause a great hindrance in regards to her ability to parent.

10. On or around July 11, 2017 PLAINTIFF submitted the standard 95 form. The form was rejected for failure to state a sum certain. PLAINTIFF submitted the standard 95 form with the sum certain which was received on November 6th, 2017. To this date PLAINTIFF has not received a response. Exhibit 1.

11. PLAINTIFF brings this claim now because it is unclear when the standard 95 was submitted, July 11, 2011 or November 6th, 2017. Also when the Statute of Limitations shall run.

**WHEREFORE**, PLAINTIFF prays for a judgment and damages as follows:

1.      Damages in the amount of $250,00 for non-economic loss.

2.      Damages in the amount of $300,000 for Economic Loss for past and future medical expense, loss of future loss and pain and suffering.

3.      PLAINTIFF'S loss in this action.

4.      For Costs of the Suit

5.      Other damages according to proof.

JUANA GUDINO CLAIM FOR NEGLIGENCE - MEDICAL MALPRACTICE

Date  04-18-18

Juana Gudino  _Juana     Gudino_

Travis E. Stroud, Attorney for PLAINTIFF _____  4-18-18

## VERIFICATION

I, Juana Gudino, PLAINTIFF in the above entitled action. I have read the foregoing

Complaint and know the contents thereof. The same is true of my own knowledge, except as to those

matters which are therein alleged on information and belief, and as to those matters, I believe them to

be true.

I declare under penalty of perjury that the foregoing is true and correct and that this

declaration was executed at Corning, California.

Signed: _Juana     Gudino_

Dated: _04-18-18_

JUANA GUDINO CLAIM FOR NEGLIGENCE - MEDICAL MALPRACTICE

# EXHIBIT 1



# DEPARTMENT OF HEALTH & HUMAN SERVICES

Office of The General Counsel
General Law Division
Claims and Employment Law Branch
330 C Street, SW
Switzer Building, Suite 2400
Washington, DC 20201

**OCT 0 4 2017**

**CERTIFIED-RETURN**
**RECEIPT REQUESTED**
Travis E. Stroud, Esq.
709 4th Street
Corning, CA 96021

RE:   **Invalid Administrative Tort Claim of Juana Judino-Sanchez**

Dear Mr. Stroud:

This office is in receipt of a SF-95 form submitted by you to this agency on behalf of Juana
Judino-Sanchez, which fails to state a sum certain. In order, to file a valid claim with this
Agency a sum certain must be included and it must be signed by the claimant or a duly
authorized representative, with the title or legal capacity of the person signing the form and
accompanied by evidence of his or authority to present a claim on behalf of the claimant. See 28
C.F.R. § 14.2(a). Therefore, since the SF-95 is invalid, I am returning it to you as it does not
constitute a valid claim properly presented to this Agency. If you would like to present an
administrative tort claim to this Federal agency, please complete the form with a sum certain, which
must quantify all damages being claimed. Your client must submit the Standard Form 95 ("SF-
95") to this agency at the address above within two years of the date of the incident or of the date
that the claim accrued

Sincerely yours,

William A. Biglow
Deputy Associate General Counsel
Claims and Employment Law Branch

Enclosures

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency:<br><br>Office of General Counsel<br>90 7th St., Suite 4-500<br>San Francisco, CA94103 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.<br><br>Claimant: Juana Judino-Sanchez. 1221 6th Street, Corning, CA. 96021. Represented by Atty, Travis E. Stroud 709 4th Street, Corning, CA 96021. Bar #279606 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH<br>2017 JUL 17  PM 1:23<br>11-08-1983 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>April 19th, 2016     Tuesday | 7. TIME (A.M. OR P.M.)<br>8 a.m. |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Please see number 8 of the document attached to this document titled: ATTACHMENT TO STANDARD FORM 95. Also see medical records attached.

**9.**                                      **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side).

**10.**                                 **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Please see number 10 of the document attached to this document titled: ATTACHMENT TO STANDARD FORM 95.

**11.**                                          **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| GreenVille Rancheria | 1425 Montgomery Rd. Red Bluff, CA 96080 |
| Maria Gamez (Medical Assistant) | 1425 Montgomery Rd. Red Bluff, CA 96080 |

**12.** (See Instructions on reverse).                **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
|  | SEE ATTACHMENT TO FORM |  | SEE ATTACHMENT TO FORM |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*Juana Judino-Sanchez / Travis E. Stroud*<br>*Juana Gudino Sanchez* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>530-209-8981 ( 530-838-0828 Atty) | 14. DATE OF SIGNATURE<br>7-7-17 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?  ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☒ No

No I had to apply for Emergency Medi-Cal which I was granted.

2017 JUL 11 AM 9: 31

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☐ No | 17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance?  ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☐ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

ATTACHMENT TO STANDARD FORM 95.

2017 JUL 11  AM 9: 31

8.  Basis of Claim

Claimant had a root canal done.  She was given multiple anesthetic injections.  During the process she was administered calcium hydroxide to her inferior alveolar nerve, causing pareshesia.  In laymans terms, there was too much calcium hydroxide injectect into her nerve.  This calcium is still in her mouth.  This and other actions of the facility, in regards to this matter, should not have been done.  As a result Claimant has permanent loss of sensation in her face.

10. Personal Injury Wrongful Death

Claimant has permanent sensation loss in her face.  For the initial two days after the procedure she could not close her eye.  Also for a long time after the accident her eye would constantly twitch.  She has a permanent drool from her mouth.  As she would put it,  there is a ball of infection in her mouth that has not been able to be cured.  There is infection.  When she brushes her teeth there is a lot of pain.  When she does her make up there is pain.  When she touches her face it feels swollen.  When she puts something to her face it feels swollen.

Please see the notes from Dr. M. Anthony Pogrel, of University of San Francisco Dental Center.  She was referred to this dentist by Greenville Rancheria.  Dr. Pogrel substantiates that she is permanently harmed and there isn't much she can do. She will have to live with this pain for the rest of her life.

12. (12b)  Amount of Claim
Claimant request the statutory maximum in damages.   It is believed to be $250,000 for non-economic loss.  In regards to economic loss, claimant is a house mother.  This continues to effect her ability to parent effectively.  Economic loss will be proven at a later date.

(12d)
$250,000 non-economic damages/ pain and suffering. Economic damages will be proven at a later date.

Travis E. Stacy

Juana Gudino Sanchez
Juana Gudiño Sanchez



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the General Counsel
General Law Division, CELB

330 C Street, S.W.
Switzer Building, Suite 2600
Washington, D.C. 20201

November 13, 2017

**Refer to: 2017-0484**

Travis E. Stroud, Esquire
709 4th Street
Corning, California 96021

Re: Juana Judino-Sanchez

Dear Mr. Stroud:

This will acknowledge receipt of your client's **amended** claim, containing a "sum certain" in the amount of **$550,000.00**, relating to personal injury sustained during a root canal procedure performed by an alleged employee at the Greenville Rancheria, in Red Bluff, California, on April 19, 2016.  Your client's amended claim form was received in this office on **November 6, 2017,** for consideration and reply.

A medical review will be performed to assess the merits of your client's claim.  When the review process has been completed, you will be notified in writing. **However, should the six month statute expire before the completion of the medical review, you may consider the claim deemed denied and file suit in the appropriate U.S. District Court (45 C.F.R. § 35.2(b) and 28 U.S.C. § 2675(a))**

**PLEASE BE ADVISED THAT STATUS INFORMATION ON CLAIMS IN THIS OFFICE IS UNAVAILABLE UNTIL THE SIX MONTH STATUTE EXPIRES.**

Yours truly,



Linda A. Vincent
Paralegal Specialist
Claims Office