Travis E. Stroud, Attorney at Law, 279606
Natalie Ludwig, Attorney at Law, 300093
TravisStroudLaw Firm
709 4th Street
Corning, CA 96021
530-838-0828 FAX 530-645-1760

Attorney for: Juana Gudino

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JUANA GUDINO

    Plaintiff

vs.

UNITED STATES OF AMERICA, THE NORTHERN MAIDUE INDIAN TRIBE dba GREENVILLE RANCHERIA HEALTH CLINIC, GREENVILLE RANCHERIA HEALTH CLINIC and DOES 1-10

    Defendants.

Case No: 2:18-cv-00963-JAM-EFB

EXPARTE MOTION TO AMEND COMPLAINT ALLOWING A SECOND AMENDED COMPLAINT TO BE FILED

**NOTICE**

PLEASE TAKE NOTICE, that Plaintif, Juana Gudino, by and through her attorney Travis E. Stroud moves this Court, for an exparte order, permitting Plaintiff to amend the 1st Amended Complaint, thus allowing a 2nd Amended Complaint.

This motion will be based on Local Rule 220, of this District Court, and Rule 15 of the Fed. Rules of Civ. Proc.

1
**EXPARTE MOTION TO AMEND COMPLAINT ALLOWING A SECOND AMENDED COMPLAINT TO BE FILED**

# MOTION

## STATEMENT OF FACTS

On April 19th, 2017 Plaintiff alleges that she had a root canal done by Defendants in which she was injured through Defendant's negligence. She retained attorney, Travis E. Stroud, to help her litigate her case.

Plaintiff filed her first Complaint on April 18, 2018. That Complaint was dismissed because Plaintiff did not give Defendant, The United States of America, 6 months to respond to her medical claim per 28 U.S.C. 2675. Plaintiff filed her Complaint prematurely because it was unclear to her which date was the operative date for filing her Complaint. Was the proper date six months after the original date Plaintiff's claim was filed with the United States of America or 6 months after the date her amended claim was filed with the United States of American? Ultimately the Court ruled that the operative date was six months after the amended claim was filed. Thus the Court dismissed the Plaintiff's complaint with leave to amend after the United States of America was given the appropriate time to respond to her claim, pursuant to 28 U.S.C. 2675.

On May 9th, 2018 Plaintiff filed her 1st Amended Complaint.

As of today The United States was mailed a Waiver of Service of Summons form on June 25th, 2018. There has not been any response.

## ISSUE

Should this Court grant Plaintiff's request and allow her to cause a 2nd Amended Complaint to be filed?

EXPARTE MOTION TO AMEND COMPLAINT ALLOWING A SECOND AMENDED COMPLAINT TO BE FILED

# ANALYSIS

Rule 15. Amended and Supplemental Pleadings, states:

(a) Amendments Before Trial.
(1) *Amending as a Matter of Course.* A party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or
(B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.
(2) *Other Amendments.* In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

Here, Plaintiff believes that she must get permission to amend the complaint, because she was allowed to amend her complaint once already. This could constitute her right to amend as a matter of course per Rule 15(a)(1).

Rule 15(a)(2) allows a party to amend with the written consent of the Defendants or the Court's leave. Here, it is asked that the Court grant Plaintiff's right to amend because no Defendants have answered at this time. Although the United States was mailed a Waiver of Service of Summons form on June 25th, 2018. There has not been any response.

The Amendments would be as follows. Instead of Northern Maidue Indian Tribe the named Defendant will be the Maidu Indian Tribe aka Greenville Rancheria of Maidu Indians dba Greenville Rancheria Health Clinic and the Greenville Rancheria Health Clinic aka Greenville Rancheria and Does 1-10.

Also in the Damages section of the 1st Amended Complaint it says Plaintiff prays for "Damages in the amount of $250,00 for non-economic loss." That was erroneously written, it should say $250,000. That will be corrected as well.

Since none of the parties have been served, or accepted service. Also, since the names of the Defendants that are changed will be very similar to initial pleadings there will be no prejudice to Defendants if this court allows the Amendment.

3
**EXPARTE MOTION TO AMEND COMPLAINT ALLOWING A SECOND AMENDED COMPLAINT TO BE FILED**

## CONCLUSION

The Court should allow Plaintiff to amend her complaint to make minor changes to the Defendant's names.

Written by Travis E. Stroud,
Attorney for Plaintiff, Juana Gudino

*[signature]* 6-18-08

4
**EXPARTE MOTION TO AMEND COMPLAINT ALLOWING A SECOND AMENDED COMPLAINT TO BE FILED**

Travis E. Stroud, Attorney at Law, 279606
Natalie Ludwig, Attorney at Law, 300093
TravisStroudLaw Firm
709 4th Street
Corning, CA 96021
530-838-0828 FAX 530-645-1760

Attorney for: Juana Gudino

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JUANA GUDINO

    Plaintiff

vs.

UNITED STATES OF AMERICA, THE NORTHERN MAIDUE INDIAN TRIBE dba GREENVILLE RANCHERIA HEALTH CLINIC, GREENVILLE RANCHERIA HEALTH CLINIC aka GREENVILLE RANCHERIA OF MAIDU INDIANS and DOES 1-10

    Defendants.

Case No: 2:18-cv-00963-JAM-EFB

DECLARATION OF TRAVIS E. STROUD IN SUPPORT OF PLAINTIFF'S EXPARTE MOTION TO AMEND COMPLAINT

    My name is Travis E. Stroud, I am the attorney of record for Juana Gudino, Plaintiff in this matter. I'm writing to give the Court some insight in regards why the names may not be correct. There is an issue in whether the name of the Native American Tribe that runs or overseas Greenville Rancheria is acceptable or correct.

    I went to the Greenville Rancheria's website and it discussed the history of the Maidue Tribe. The second paragraph states, "The Northern Maidu, the native inhabitants of Plumas and Surrounding counties,..." This is where I obtained name the Northern Maidue Indian Tribe. Exhibit 1.

1
**DECLARATION OF TRAVIS E. STROUD IN SUPPORT OF PLAINTIFF'S EXPARTE MOTION TO AMEND COMPLAINT.**

| | |
|---|---|
| 1 | I have been searching for the proper name to call the tribe. The Indian Health Service, which |
| 2 | is a Federal Health Program for American Indians and Alaska Natives has a website. In regards to |
| 3 | the Greenville Rancheria Tribal Health program it uses the name Greenville Rancheria of Maidu |
| 4 | Indians. Exhibit 2. |
| 5 | |
| 6 | I'm asking that the Court allow my client to amend so that this matter could move forward. |
| 7 | |
| 8 | I make this declaration under penalty of perjury. |
| 9 | Travis E. Stroud, Attorney for Plaintiff |
| 10 | 6-18-2018 |

2
**DECLARATION OF TRAVIS E. STROUD IN SUPPORT OF PLAINTIFF'S EXPARTE MOTION TO AMEND COMPLAINT.**

**EXHIBIT 1**



| Greenville Rancheria | Greenville Rancheria | Greenville Rancheria |
|---|---|---|
| Medical & Dental Clinic | Tribal Health Center | Dental Clinic |
| 410 Main Street | 1425 Montgomery Rd | 343 Oak Street |
| Greenville, CA 95947 | Red Bluff, CA 96080 | Red Bluff, CA 96080 |
| Medical: 530.284.6135 | Phone: 530.528.8600 | Phone: 530.528.3488 |
| Dental: 530.284.7045 | | |

Home   Tribal Council   Maidu Tribal History   Environmental Protection Agency   Culture Department   Contact Us

## Greenville Rancheria provides many services to the communities of Greenville and Red Bluff. All members of the community, Indian and non-Indian, are welcome.

The Greenville Rancheria is currently located in the Indian Valley at the 3,500 foot level in the Sierra Nevada Mountains of Northern California. The Rancheria lies about three miles east of Greenville, California, which has a population of 2000. The tribal government offices have historically been located in Redding, Red Bluff and Greenville, and are currently in Greenville. The Rancheria runs a medical and dental facility in Greenville and Red Bluff to serve tribal and non tribal persons.

### History of the Maidu Tribe

The Northern Maidu, the native inhabitants of Plumas, Tehama and surrounding counties, occupied the Feather River region, Sacramento region and its many tributaries. The terrain is mostly forested ridges dotted with high lakes and green valleys. Big Meadows is now Lake Almanor. Indian Valley, Genesee, American and Sierra valleys are now occupied by Plumas County settlements, but once were occupied solely by the Maidu. The areas to the east, namely Mohawk and Sierra valleys were claimed for hunting grounds, containing few, if any, permanent villages due to heavy winter snow. During snow season, the Maidu moved west to Paynes Creek and to the Sacramento River Region.



## Please Welcome Dr. Evelyn Boyle

©2018 Greenville Rancheria. Some rights reserved.

**EXHIBIT 2**





# Indian Health Service
The Federal Health Program for American Indians and Alaska Natives

Home > Health Programs > Northern California > Greenville Rancheria Tribal Health Program

# Health Program Profile
## Greenville Rancheria Tribal Health Program
410 Main Street
Greenville CA 95947 (Map)



| | |
|---|---|
| Phone(s) | 530-284-7990 |
| Fax | 530-284-6612 |
| Director | Lucretia Fletcher |
| Site | http://www.greenvillerancheria.com |

**Reports**

- Statewide GPRA Performance (pdf - 5MB) *BIG FILE. May take a while to load.*

**Statistics**

- Registered Indian Patients FY 2016: 2943
- Active Indian Patients FY 2016: 1484

Mailing Address: P.O. Box 279, Greenville, CA 95947-0279

**Tribes**

- Greenville Rancheria of Maidu Indians

**Counties**

- Plumas
- Tehama

**Communities**

- Canyon Dam
- Chester
- Corning
- Cottonwood -Tehema County
- Crescent Mills
- Gerber
- Greenville
- Greenville Ranch
- Los Molinos
- Plumas County
- Portola
- Quincy
- Red Bluff
- Taylorsville
- Tehama County East
- Vina

Clinics

```
 1  Travis E. Stroud, Attorney at Law, 279606
    Natalie Ludwig, Attorney at Law, 300093
 2  TravisStroudLaw Firm
    709 4th Street
 3  Corning, CA 96021
    530-838-0828 FAX 530-645-1760
 4
    Attorney for: Juana Gudino
 5
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| JUANA GUDINO | Case No: 2:18-cv-00963-JAM-EFB |
|---|---|
| Plaintiff | **ORDER** |
| vs. | |
| UNITED STATES OF AMERICA, THE NORTHERN MAIDUE INDIAN TRIBE dba GREENVILLE RANCHERIA HEALTH CLINIC, GREENVILLE RANCHERIA HEALTH CLINIC and DOES 1-10 | |
| Defendants. | |

Having Read Plaintiff's Exparte Motion to Amend Complaint, Allowing a 2nd Amended Complaint To be filed, finding good cause thereof. Plaintiff motion is hereby granted.

Plaintiff may file a 2nd Amended Complaint.

It is So Ordered:

6·19·2018

_____
HONORABLE JUDGE OF THIS UNITED STATES
DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

1
ORDER