McGREGOR W. SCOTT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
victoria.boesch@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA GUDINO,<br><br>      Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendants. | CASE NO: 2:18-cv-00963-JAM-EFB<br>CASE NO: 2:19-cv-01163-JAM-EFB<br><br>**STIPULATION AND ORDER TO CONSOLIDATE** |

   Plaintiff Juana Gudino and Defendant the United States hereby stipulate to consolidate the above cases (Case No. 2:18-cv-00963-JAM-EFB and Case No. 2:19-cv-01163-JAM-EFB, each captioned *Gudino v. United States*). The Court previously ordered the two cases related. *See* Dkt. 14. The two cases involve the same claim asserted against the same defendant. Accordingly, it makes sense to consolidate them to conserve time and resources for the parties and for the Court. The parties therefore respectfully request that the Court consolidate the two cases.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: July 24, 2019          By:    */s/ Victoria L. Boesch*
                                     VICTORIA L. BOESCH
                                     Assistant United States Attorney

                                     Attorneys for the United States


                                     TRAVIS E. STROUD
                                     NATALIE LUDWIG
                                     TRAVISSTROUD LAW FIRM

Dated: July 24, 2019          By:    */s/ Travis E. Stroud (authorized 7/24/19)*
                                     TRAVIS E. STROUD
                                     Attorneys for Juana Gudino


## ORDER

In accordance with the parties' stipulation, and for good cause shown, it is so ordered.

The parties shall file an updated joint status report on or before August 9, 2019.


Dated: July 24, 2019                       /s/ John A. Mendez
                                           JOHN A. MENDEZ
                                           United States District Court Judge